1  NICHOLAS M. WAJDA
2  nick@wajdalawgroup.com
   WAJDA LAW GROUP, APC
3  6167 Bristol Parkway, Suite 200
4  Culver City, California 90230
   Telephone: (310) 997-0471
5  Facsimile: (866) 286-8433
6  *Attorney for Plaintiff*

7
8              **UNITED STATES DISTRICT COURT**
9              **CENTRAL DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| 11  TAMMY S. ARNESON, | Case No. 8:20-cv-01535-JLS-DFM |
| 12              Plaintiff, | **NOTICE OF SETTLEMENT** |
| 13      v. | |
| 14  PRINCE-PARKER & | |
| 15  ASSOCIATES, INC., | |
| 16              Defendant. | |

17
18      PLEASE TAKE NOTICE TAMMY S. ARNESON, ("Plaintiff"), hereby
19  notifies the Court that the Plaintiff and Defendant, have settled all claims between
20
21  them in this matter and are in the process of completing the final closing documents
22  and filing the dismissal. The Parties anticipate this process to take no more than 60
23
24  days and request that the Court retain jurisdiction for any matters related to
25  completing and/or enforcing the settlement. The Parties propose to file a stipulated
26  dismissal with prejudice with 60 days of submission of this Notice of Settlement and
27
28  pray the Court to stay all proceedings until that time.

                                    1

Respectfully submitted this 3rd day of September 2020.

          s/ Nicholas M. Wajda
          Nicholas M. Wajda
          Wajda Law Group, APC
          6167 Bristol Parkway, Suite 200
          Culver City, California 90230
          (310) 997-0471
          nick@wajdalawgroup.com
          *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

          s/ Nicholas M. Wajda