NICHOLAS M. WAJDA
nick@wajdalawgroup.com
WAJDA LAW GROUP, APC
6167 Bristol Parkway, Suite 200
Culver City, California 90230
Telephone: (310) 997-0471
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY S. ARNESON, <br><br> Plaintiff, <br><br> v. <br><br> PRINCE-PARKER & ASSOCIATES, INC., <br><br> Defendant. | Case No. 8:20-cv-01535-JLS-DFM <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

NOW COMES the Plaintiff, TAMMY S. ARNESON, ("Plaintiff"), by and through the undersigned counsel and in support of her Notice of Voluntary Dismissal with Prejudice, state as follows:

Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses her claims against the Defendant, Prince-Parker & Associates, Inc., with prejudice. Each party shall bear its own costs and attorney fees.

Respectfully submitted this 22nd day of September 2020.

*/s/ Nicholas M. Wajda*
Nicholas M. Wajda
Wajda Law Group, APC

1

6167 Bristol Parkway, Suite 200<br>
Culver City, California 90230<br>
(310) 997-0471<br>
Nick@wajdalawgroup.com<br>
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

*/s/ Nicholas M. Wajda*<br>
Nicholas M. Wajda